**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JULISSA CRESPO, et al.,

                Plaintiffs,

          -against-

MARIA AVILES-RAMOS, et al.,

                Defendants.
------------------------------------------------------------x

25-CV-3507 (GHW) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties appeared for an initial case management conference on August 13, 2025. In accordance with the Court's instructions and orders at that conference, it is now **ORDERED**:

- Plaintiff is given leave to file a second amended complaint and directed to do so by **August 22, 2025**.

- The parties are directed to inform the Court by joint letter as to the status of the question certified to the New York Court of Appeals (*Cruz* v. *David C. Banks et al*, docket no. CTQ-2025-00002) within 30 days of that decision.

**SO ORDERED.**

                                                 *s/ Ona T. Wang*

Dated: August 13, 2025                          **Ona T. Wang**
       New York, New York             United States Magistrate Judge