LIBERTY & FREEDOM
LEGAL GROUP, LTD

November 18, 2026

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Crespo et al. v. Aviles-Ramos et al.*, 25-cv-05923 (GHW)**

Dear Judge Woods:

As you may recall, the undersigned represents the Plaintiff in the above-referenced matter, brought under the Individuals with Disabilities Education Act ("IDEA"). Plaintiff respectfully writes to request a three-week extension of the deadline to file her opposition to Defendants' motion for summary judgment and cross-motion for summary judgment, currently due November 19, 2026.

This is Plaintiff's first request for an extension of these deadlines. The request is necessitated by unexpected scheduling demands, as well as difficulties coordinating the preparation and finalization of the briefing.

We apologize for submitting this request less than two business days before the current deadline, contrary to the Court's Individual Rules of Practice, 1.E.. The timing resulted from the foregoing scheduling and coordination difficulties and an unexpected court appearance, and we regret not having sought an extension sooner.

We sought Defendants' position on this request but have not yet received a response. Accordingly, we are unable to advise the Court whether Defendants consent.

In light of the parties' previous filings, in lieu of a Revised Civil Case Management Plan and Scheduling Order, Plaintiff respectfully proposes the following revised briefing schedule:

- **December 10, 2026:** Plaintiff to file her opposition to Defendants' motion for summary judgment and cross-motion for summary judgment;
- **December 24, 2026:** Defendants to file their opposition to Plaintiff's cross-motion and reply in further support of their motion for summary judgment;
- **January 7, 2027:** Plaintiff to file her reply in further support of her cross-motion.

Plaintiff respectfully request that the Court adopt this revised schedule. We apologize for the late request and thank the Court for its consideration.

Respectfully submitted,

***/s/ Jeffrey Arlen Spinner***

Jeffrey Arlen Spinner, Esq.

Cc: All Counsel of Record via ECF.